# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MELANIE FIGUEROA, as mother/parent of the minor child B.F. and in her individual capacity, et al.,**

  *Plaintiffs*,

v.             Case No.:  3:23cv3903-MW/ZCB

**SANTA ROSA COUNTY SHERIFF'S DEPARTMENT et al.,**

  *Defendants*.

_____/

## ORDER GRANTING EXTENSION

  This Court has considered, without hearing, Plaintiffs' unopposed motion to extend the deadline to respond to Defendants' motions to dismiss. ECF No. 44. The motion is **GRANTED**. Plaintiffs must respond to Defendants' motions to dismiss **on or before Friday, July 21, 2023**.

  **SO ORDERED on July 7, 2023.**

                     s/Mark E. Walker    
                     **Chief United States District Judge**