**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**MELANIE FIGUEROA, as mother/parent of the minor child B.F. and in her individual capacity, et al.,**

*Plaintiff,*

v.

Case No. **3:23cv3903-MW/ZCB**

**SANTA ROSA COUNTY SHERIFF'S DEPARTMENT et al.,**

*Defendants.*

______________________________/

# JUDGMENT

Plaintiffs' claims against Defendants are DISMISSED with prejudice.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

September 3, 2026
DATE

s/ Bryston Ford
Deputy Clerk